IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KATHERINE A. WILT,

      Appellant,

v.

POLK COUNTY BOARD OF
COUNTY COMMISSIONERS,
AND COMMERCIAL RISK
MANAGEMENT,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-357

Opinion filed August 5, 2016.

An appeal from an order of the Judge of Compensation Claims.
Margaret Sojourner, Judge.

Date of Accident: August 4, 2014.

Joshua C. Nelson, Lakeland, and Nicolette E. Tsambis of Smith, Feddeler, Smith
P.A., Lakeland, for Appellant.

William H. Rogner, Winter Park, for Appellees.

PER CURIAM.

      AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.